FILED

AO 241 (Rev. 01/15)    Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2016 SEP 13 PM 2:04

| United States District Court | District: MIDDLE DISTRICT OF FLORIDA |
|---|---|
| Name (under which you were convicted): JOHN SANDERS HAILE | Docket or Case No.: 3:16CV1166-J-39MCR |
| Place of Confinement: UNION C.I., 7819 NW 228TH STREET RAIFORD, FLORIDA 32026-4000 | Prisoner No.: OH4404 |
| Petitioner (include the name under which you were convicted) JOHN SANDERS HAILE, CHRIONNA JANEL HAILE, ATTORNEY IN FACT FOR JOHN SANDERS HAILE. | v. | Respondent (authorized person having custody of petitioner) R. PEREZ, S.H.O.; R. JORDAN, WARDEN AT UNION CORRECTIONAL INST.; J. JONES, SECRETARY FLORIDA DEPARTMENT OF COR.; HONORABLE RICK SCOTT, GOVERNOR, STATE OF FLORIDA, STATE OF FLORIDA. |
| The Attorney General of the State of: FLORIDA | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT, STATE OF FLORIDA IN AND FOR HIGHLANDS COUNTY, FLORIDA

   (b) Criminal docket or case number (if you know): CF 12-472

2. (a) Date of the judgment of conviction (if you know): APRIL 7, 2014

   (b) Date of sentencing: JUNE 30, 2014

3. Length of sentence: 15 YEARS

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: MONEY LAUNDERING AND GRAND THEFT.

6. (a) What was your plea? (Check one)

   ☐ (1) Not guilty       ☑ (3) Nolo contendere (no contest)
   ☐ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 01/15)
Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   NOT APPLICABLE

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☒ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court:   DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA SECOND DISTRICT
(b) Docket or case number (if you know):   2D14-3610, 2D15-5390
(c) Result:   AFFIRMED
(d) Date of result (if you know):   APRIL 20, 2016
(e) Citation to the case (if you know):
(f) Grounds raised:

(g) Did you seek further review by a higher state court?   ☒ Yes   ☐ No

If yes, answer the following:

(1) Name of court:   FLORIDA SUPREME COURT
(2) Docket or case number (if you know):
(3) Result:   PENDING

(4) Date of result (if you know):

AO 241 (Rev. 01/15)

Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): NOT APPLICABLE

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☐ Yes ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

AO 241 (Rev. 01/15)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____
_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes    ☐ No

(2) Second petition:  ☐ Yes    ☐ No

(3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

   **CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** TRIAL COURT LACKED SUBJECT MATTER JURISDICTION.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MARTIN COUNTY, FLORIDA WAS CORRECT JURISDICTION.

(b) If you did not exhaust your state remedies on Ground One, explain why: INEFFECTIVE ASSURANCE OF TRIAL AND APPELLATE COUNSEL.

AO 241 (Rev. 01/15)                                                                                                                              Page 7

(c) **Direct Appeal of Ground One:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

   (2) If you did not raise this issue in your direct appeal, explain why: INEFFECTIVE APPELLATE COUNSEL COMMITTED MALPRACTICE, STATE APPELLATE COURT DENIED MOTION FOR EXTENSION OF TIME TO FILE PRO SE INITIAL BRIEF AND I WAS INCOMPETENT.

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   ☐ Yes   ☒ No

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (3) Did you receive a hearing on your motion or petition?                              ☐ Yes   ☐ No
   (4) Did you appeal from the denial of your motion or petition?                         ☐ Yes   ☐ No
   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes   ☐ No

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 01/15)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

**GROUND TWO:** NOT COMPETENT TO PROCEED.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AT ALL TIMES MATERIAL I WAS NOT COMPETENT TO PROCEED.

(b) If you did not exhaust your state remedies on Ground Two, explain why: INEFFECTIVE ASSISTANCE OF TRIAL AND APPELLATE COUNSEL

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did **not** raise this issue in your direct appeal, explain why: INEFFECTIVE AND INCOMPETENT APPELLATE COUNSEL, STATE APPELLATE COURT DENIED RIGHT OF DEFENDANT TO DISCHARGE TRIAL AND APPELLATE COUNSEL AND DENIED ACCESS TO THE COURTS.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  ☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 241 (Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

**GROUND THREE:** DENIED RIGHT TO HAVE COMPLAINANT APPEAR IN COURT, SO THE THE ACCUSED CAN CONFRONT THE ACCUSER, WHO IS SUBJECT TO CROSS-EXAMINATION, ET AL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AS A DIRECT AND PROXIMATE RESULT OF INEFFECTIVE AND OR INCOMPETENT TRIAL COUNSEL AND PROSECUTORIAL MISCONDUCT AND FRAUD UPON THE COURT, PETITIONER, JOHN SANDERS HAILE, WAS DENIED FUNDAMENTAL CONSTITUTIONAL RIGHTS UNDER AMENDMENTS TO THE CONSTITUTION. MOREOVER, PETITIONERS WERE DENIED GUARANTEES MANDATED BY THE FLORIDA CONSTITUTION DECLARATION OF RIGHTS.

AO 241 (Rev. 01/15)                                                                                                   Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: INEFFECTIVE AND OR INCOMPETENT TRIAL AND APPELLATE COUNSEL FAILED TO PRESERVE OR ASSERT VIOLATIONS OF CONSTITUTIONAL RIGHTS, FURTHER THE APPELLATE COURTS DENIED PETITIONER, JOHN SANDERS HAILE, DUE PROCESS.

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: DENIED RIGHT TO COUNSEL, CONFLICT OF INTEREST BY COUNSEL AND DENIAL OF DUE PROCESS BY APPELLATE COURTS AND LIFE THREATENING MEDICAL CONDITIONS RENDERING PETITIONER INCOMPETENT AND SPOILATION OF EVIDENCE BY RESPONDENTS, THEIR EMPLOYEES, THEIR SUPERVISORS, CONTRACTORS, ET AL.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** DOUBLE JEOPARDY OR RES I. LOQUITUR. ALL ALLEGATIONS OF COMPLAINANT WERE JUDICIALLY DETERMINED AND JUDGMENT ENTERED PREVIOUSLY BY THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

COMPLAINANT AND RESPONDANTS, BY AND THROUGH COUNSEL, ARE BARRED FROM SEEKING RELIEF IN CASE NO-CF12-472, 2014-3610, 2014-4745, 2014-4806 AND 2015-5390, INCLUDING BUT NOT LIMITED TO ALL LOWER TRIBUNAL CASES, PROCEEDINGS, ETC.; AND THE THREE RESULTING CASES BEFORE THE SUPREME COURT OF FLORIDA DURING 2011, 2012, 2013, 2014, 2015 AND 2016 CASES ON APPEAL TO THE SUPREME COURT OF FLORIDA AND U.S.S. COURT CERTIORARI PETITIONS.

(b) If you did not exhaust your state remedies on Ground Four, explain why: CONFLICT OF INTEREST BY PRIVATE AND APPOINTED COUNSEL; JUDICIAL AND PROSECUTORIAL MISCONDUCT INCLUDING FRAUD UPON THE COURT; INCOMPETENT OR NO ASSISTANCE OF COUNSEL; AND PETITIONER JOHN HAILE'S ABILITY AND INCOMPETENCE TO PROCEED.

(c)  **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: INEFFECTIVE, INCOMPETENT FAILURE AND OR DENIAL TO APPOINT COUNSEL AND OR UNAUTHORIZED REPRESENTATION OR LACK THEREOF INCLUDING MAL PRACTICE BY PRIVATE AND APPOINTED COUNSEL AND EXPERT WITNESSES AS WELL AS FLORIDA AND U.S. CONSTITUTIONAL VIOLATIONS.

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 01/15)

Page 12

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

AO 241 (Rev. 01/15)                                                                                                          Page 13

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☒ Yes   ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   _____

   _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   _____

   _____

   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

   _____

   _____

   _____

   _____

   _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

   _____

   _____

   _____

AO 241 (Rev. 01/15)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: _____

    (b) At arraignment and plea: _____

    (c) At trial: JOHN WILLIAM KROMHOLZ, ROBERT HATTON GRAY, STEVE DORSEY KACKLEY; SEBRING, FLORIDA

    (d) At sentencing: JOHN WILLIAM KROMHOLZ, ROBERT HATTON GRAY

    (e) On appeal: ROBERT HATTON GRAY, LISA BETH LOTT, ROBERT D. ROSEN, HOWARD L. DIMMIG, II; SEBRING, HIGHLANDS, OR POLK COUNTIES, FLORIDA

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?　☐ Yes　☒ No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?　☐ Yes　☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

    NOT APPLICABLE

AO 241 (Rev. 01/15)                                                                                                                                    Page 15

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: HABEAS CORPUS RELEASE OR IN THE ALTERATIVE MEDICAL RELEASE OR POST-TRIAL SUPERSEDAS BOND RELEASE AND APPOINTMENT OF COUNSEL

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on SEPTEMBER 11, 2016 (month, date, year).

Executed (signed) on SEPTEMBER 11, 2016 (date).

_____
Signature of Petitioners

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.